STATE OF NEW JERSEY v. DANIEL M. TROPIANO.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL SYLVESTER WRIGHT, SR.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY TINDELL.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS JOHN MUSTO.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LEE VAUGHN.

March 8, 1989.

Petition for certification denied.